# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEI PEI, *et al.*,<br><br>                                          *Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>                                          *Defendant*. | Civil Action No. 1:25-cv-02298<br><br>Judge Amir H. Ali |

## JOINT STATUS REPORT

Pursuant to this Court's January 24, 2026 Order, Plaintiffs Lei Pei ("Pei"), Chenfang Wang ("Wang"), Wewards Inc. ("Wewards"), and United Power, Inc. ("United") (collectively, "Plaintiffs") and Defendant Internal Revenue Service (the "Service" and together, the "Parties") respectfully submit this joint status report.

To date, the Service has processed 2,155 pages potentially responsive to Plaintiffs' requests. Of the pages processed, the Service determined that all 2,155 pages were responsive, and the Service released some of those pages in full and some in part to Plaintiffs. After the February production, approximately 24,935 pages remain to be processed.[1]

Plaintiffs have raised concerns regarding the Service's current production rate and *Vaughn* index, which the parties are currently attempting to resolve. The parties propose that the Court order them to file an additional joint status report in 30 days, updating the Court on these discussions and the Service's release of records.

[*Signatures on following page*]

---

[1] This number does not include the records that the Service is preparing to release for March 2026.

Dated: March 12, 2026

**NIXON PEABODY LLP**

By: */s/ Mark D. Lytle*
Mark D. Lytle (D.C. Bar No. 1765392)
Robert J. McManigal (D.C. Bar No. (*pro hac* forthcoming)
799 9th Street NW, Suite 500
Washington, DC 20001
Phone: (202) 585-8000
Fax: (907) 331-4726
Email: mlytle@nixonpeabody.com
*Attorneys for Plaintiffs*
*Lei Pei, Chenfang Wang, Wewards Inc., and United Power, Inc.*

By: */s/ Anna A. Miller*
Anna A. Miller (D.C. Bar No. 252760)
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, DC 20044
Phone: (202) 257-7595
Fax: (202) 514-6866
Email: Anna.A.Miller@usdoj.gov
*Attorney for Defendant*
*Internal Revenue Service*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered in said system.

                                                  */s/ Anna A. Miller*
                                                  ANNA A. MILLER
                                                  Trial Attorney
                                                  Tax Litigation Branch
                                                  Civil Division, Department of Justice